UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-645 (JLL) |
| v. | : | Hon. Jose L. Linares, United States District Judge |
| STANDLEY WILLIAMS | : | ORDER |

This matter having come before the Court on the motion of defendant Standley R. Williams, pro se, for an order terminating his probation; and the United States of America (Paul J. Fishman, United States Attorney, by Vikas Khanna, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 17th day of February, 2011

ORDERED that defendant Standley R. Williams' motion to terminate his probation be denied.

_____
HON. JOSE L. LINARES
United States District Judge